IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:24-CV-00707-FL

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CHAMPION MEDIA, LLC d/b/a THE ROBESONIAN, | ) ) ) ) |
| Defendant. | ) ) ) |

JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Champion Media, LLC d/b/a The Robesonian (collectively, "Parties") move the Court to approve and enter the proposed Consent Decree attached as Exhibit 1 as the final judgment resolving this action. In support of this Motion, the Parties state:

1. In the interest of resolving this matter, and to avoid the costs of further litigation, the Parties have negotiated, resolved, and settled all matters at issue in this litigation, as evidenced by their signatures on the proposed Consent Decree, which is attached as Exhibit 1.

2. The Parties believe the terms of this Consent Decree are adequate, fair, reasonable, equitable, and just.

3. The Consent Decree conforms to the Federal Rules of Civil Procedure and is not in derogation of the rights or privileges of any person.

4. The entry of this Consent Decree will further the objectives of the Americans with Disabilities Act and will be in the best interests of the Parties, including the individual for whom the EEOC seeks relief, and the public.

WHEREFORE, the Parties respectfully request this Court approve and enter the Consent Decree and retain jurisdiction during the term of the Consent Decree to enforce the terms and conditions set forth therein.

This the 3rd day of June 2025.

Respectfully submitted,

**COUNSEL FOR PLAINTIFF**

*/s/ Samuel H. Williams*
SAMUEL H. WILLIAMS
N.C. Bar No. 49622
Trial Attorney
434 Fayetteville St., Suite 700
Raleigh, NC 27601
Phone: (984) 275-4820
Email: Samuel.Williams@eeoc.gov

**COUNSEL FOR DEFENDANT**

*/s/ Benjamin Fryer*
Benjamin Fryer
N.C. Bar No. 39254
FordHarrison LLP
6000 Fairview Road, Suite 1415
Charlotte, NC 28210
Telephone: (980) 282-1905
Email: bfryer@fordharrison.com